UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

**AFFIDAVIT OF COMPLAINT IN REMOVAL PROCEEDINGS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. **08CR 455** |
| v. | ) | |
| JOSE BENJAMIN SALAZAR | ) | Hon. Sidney I. Schenkier |

The undersigned Affiant personally appeared before <u>SIDNEY I. SCHENKIER</u>, a United States Magistrate Judge, and being duly sworn on oath, states: That at <u>EASTERN DISTRICT OF TENNESSEE</u>, one <u>JOSE BENJAMIN SALAZAR</u> was charged in an Indictment with violating Section <u>472</u> of the United States Code, Title <u>18</u>, for the offense of <u>ATTEMPTING TO PASS, UTTER, PUBLISH AND SELL A FORGED AND COUNTERFEITED OBLIGATION OF THE UNITED STATES</u> and that on the basis of Affiant's investigation and information received concerning the case through official channels, does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. Both the Warrant for Arrest and Indictment are attached hereto.

Wherefore, Affiant prays that the defendant be dealt with according to law.

<del>JOSEPH MCCULLEY</del> Tobey Porter
Special Agent, Secret Service

Subscribed and Sworn to before me this
__4th__ day of __June__, 2008.

_Sidney I. Schenkier_
United States Magistrate Judge

**FILED**

JUN 0 4 2008 TC
June 04, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

J. GREGORY DEIS
Assistant U.S. Attorney

1

AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

Eastern District of Tennessee

UNITED STATES OF AMERICA

V.

JOSE BENJAMIN SALAZAR

**WARRANT FOR ARREST**

Case Number: 3:08-cr-71

Phillips-Guyton

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____ Jose Benjamin Salazar _____
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

■ Indictment ☐ Information ☐ Complaint ☐ Order of court ☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice

charging him or her with (brief description of offense)

with intent to defraud, did attempt to pass, utter, publish and sell to Rack Room Shoes a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of One-Hundred United States Dollars ($100.00), which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

in violation of Title _____ 18 _____ United States Code, Section(s) _____ 472 _____

Helen Spears
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Helen Spears
Signature of Issuing Officer

5/21-08 at Knoxville, TN
Date and Location

RECEIVED
2008 MAY 23 AM 7:52
MARSHAL E/TN
KNOXVILLE, TN

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JOSE BENJAMIN SALAZAR, )<br>)<br>Defendant. ) | No. 3:08-CR-_____<br><br>JUDGES_____/_____ |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that on or about December 1, 2007, in the Eastern District of Tennessee, the Defendant, JOSE BENJAMIN SALAZAR, with intent to defraud, did attempt to pass, utter, publish and sell to Rack Room Shoes a falsely made, forged and counterfeited obligation of the United States, that is, a Federal Reserve Note in the denomination of One-Hundred United States Dollars ($100.00), which he then knew to be falsely made, forged and counterfeited, in violation of Title 18, United States Code, Section 472.

[Title 18, United States Code, Section 472]

### FORFEITURE ALLEGATIONS

1. The allegations contained in Count One are hereby re-alleged and incorporated by reference herein.

2. The Defendant, JOSE BENJAMIN SALAZAR shall forfeit to the United States of America, pursuant to Title 18, United States Code, Sections 492 and Title 28, United States Code,

Page 1 of 3

Section 2461(c), as amended, all counterfeits of any obligations and other securities of the United States and any articles, devices, and other things made, possessed or used in violation of Chapter 25 of Title 18, United States Code, or any material or apparatus used and fitted and intended to be used in the making of such counterfeits, found in the possession of any person without authority from the Secretary of Treasury or other proper officer, including but not limited to:

$1,826.00 in United States currency.

3.  The Defendant, JOSE BENJAMIN SALAZAR shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all right, title, and interest the Defendant may have in property constituting and derived from proceeds obtained directly and indirectly as a result of the violation of Title 18, United States Code, Section 472, as alleged in Count One of this Indictment.

In the event that any property, real and personal, constituting facilitating property or proceeds of the offenses set forth in this Indictment, as a result of any act and omission of the Defendant (1) cannot be located upon the exercise of due diligence; (2) has been transferred and sold to, and deposited with a third party; (3) has been placed beyond the jurisdiction of the Court; (4) has been substantially diminished in value; and (5) has been commingled with other property which cannot be divided without difficulty, the Defendant shall, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 18, United States Code, Section 982(b)(1), forfeit any other property of the Defendant up to the value of property subject to forfeiture pursuant to the offenses charged herein.

[Title 18, United States Code, Sections 472, 982(a)(2)(B), 492 and Title 28, United States Code, Section 2461(c)]

A TRUE BILL:

_____
FOREPERSON

JAMES R DEDRICK
UNITED STATES ATTORNEY

s/ Frank M. Dale, Jr.
_____
Frank M. Dale, Jr.
Assistant United States Attorney