## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 455 - 1 | **DATE** | 6/4/2008 |
| **CASE TITLE** | United States of America vs. Jose Benjamin Salazar | | |

**DOCKET ENTRY TEXT**

Initial appearance for removal hearing held. Defendant appears in response to his arrest on 6/4/08. Defendant informed of his rights. The Court finds that the defendant is unable to afford counsel. The Court appoints Federal Defender Program, Daniel McLaughlin, as counsel for the defendant for the purpose of these removal proceedings. Defendant waives identity hearing; the Court enters a finding of identity. The Government moves to have defendant removed in custody. Detention hearing set for 6/6/08 at 1:30 p.m.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

00:20

| | | Courtroom Deputy Initials: | mm |
|---|---|---|---|