# FINANCIAL AFFIDAVIT

IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

**CJA 23**
(Rev. 5/98)

IN UNITED STATES  ☑ MAGISTRATE  ☐ DISTRICT  ☐ APPEALS COURT or  ☐ OTHER PANEL (Specify below)
IN THE CASE OF

| | FOR | |
|---|---|---|
| US _____ VS. ____ Jose Benjamin Salazar | AT | **LOCATION NUMBER** |

FILED

PERSON REPRESENTED (Show your full name)

Jose Benjamin Salazar

JUN  4 2008
June 4, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CHARGE/OFFENSE (describe if applicable & check box)

Removal

| | |
|---|---|
| 1 ☑ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| ☐ Felony ☐ Misdemeanor | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

FILED
JUN  4 2008
United States District Court

**DOCKET NUMBERS**

Magistrate

District Court
08 cr 455

Court of Appeals

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOY-MENT**

Are you now employed? ☐ Yes  ☑ No  ☐ Am Self Employed
Name and address of employer: _General Cleaning, Supervisor_
IF YES, how much do you earn per month? $ _____
IF NO, give month and year of last employment 4/08
How much did you earn per month? $ ~$3000/mon
If married is your Spouse employed? ☐ Yes  ☑ No
IF YES, how much does your Spouse earn per month? $ _____
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes  ☑ No
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ _____
RECEIVED _____    SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☑ Yes  ☐ No  IF YES, state total amount $ 1600

**PROP-ERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes  ☑ No
IF YES, GIVE THE VALUE AND DESCRIBE IT $ _____
VALUE _____    DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☐ SINGLE
☑ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents  2

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

APARTMENT OR HOME: rent, food, enrole, insurance, utilities

| Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| | $ _____ | $ 800 |
| | $ _____ | $ 120 |
| | $ _____ | $ 200 |
| | $ _____ | $ _____ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 6/4/08

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)