## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 455 - 1 | **DATE** | 6/6/2008 |
| **CASE TITLE** | United States of America vs. Jose Salazar | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Defendant waives detention hearing without prejudice to defendant's right to move for pretrial release on conditions at a later time. Government's oral motion for detention is granted. Defendant is to be detained and removed forthwith to the United States District Court - Eastern District of Tennessee.

Docketing to mail notices.

00:10

Courtroom Deputy Initials: mm