UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 08 CR 455 |
| ) | Hon. Sidney I. Schenkier |
| JOSE BENJAMIN SALAZAR ) | |

**UNOPPOSED PETITION FOR WRIT OF HABEAS CORPUS
AD PROSEQUENDUM, *NUNC PRO TUNC*** 

Now comes the UNITED STATES OF AMERICA by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, and respectfully represents unto Your Honor that:

On June 4, 2008, the Cook County Sheriff's Department of Corrections produced JOSE BENJAMIN SALAZAR to agents of the United States Secret Service without a writ. The United States now moves for the writ and order *nunc pro tunc* to June 4, 2008, in order to ensure SALAZAR is returned to the Cook County Sheriff's Department of Corrections after these proceedings have been concluded. Wherefore, the government further represents unto Your Honor that:

--- SALAZAR a/k/a Fujerncio Ortiz

has been and now is, in due form and process of law, detained in the following institution:

Cook County Sheriff's Department of Corrections.

Your petitioner further represents to Your Honor that a removal affidavit has been filed in the Eastern Division of the Northern District of Illinois, based on an arrest warrant issued

out of the Eastern District of Tennessee related to an indictment in the Eastern District of Tennessee charging SALAZAR with a violation of Title 18, United States Code, Section 472, and SALAZAR is now wanted in the Eastern Division of the Northern District of Illinois on June 4, 2008 at 1:45 p.m. for removal proceedings pursuant to Federal Rule of Criminal Procedure 40 before the Honorable Sidney I. Schenkier, U.S. Magistrate Judge, Courtroom 1700.

WHEREFORE, your petitioner prays for an Order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum *nunc pro tunc* to June 4, 2008, in this behalf directed to the following persons:

UNITED STATES MARSHAL

WARDEN
Cook County Sheriff's Department
of Corrections
Chicago, Illinois

commanding them to produce the body of the prisoner before this Court at the specified time and date, and that the prisoner shall be so produced pursuant to the Writ, and that when these proceedings have been so terminated, that JOSE BENJAMIN SALAZAR be returned forthwith to said institution from which he was brought.

On June 4, 2008, the undersigned Assistant United States Attorney spoke with SALAZAR's attorney, Dan McLaughlin, Federal Defender Program, who does not oppose this *nunc pro tunc* petition.

                               Respectfully submitted,

                               PATRICK J. FITZGERALD
                               United States Attorney

By:   _____
       J. Gregory Deis
       Assistant U. S. Attorney