## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Sidney I. Schenkier | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 455 - 1 | **DATE** | 6/6/2008 |
| **CASE TITLE** | United States of America vs. Jose Salazar | | |

**DOCKET ENTRY TEXT**

Government's unopposed petition for writ of Habeas Corpus Ad Prosequendum, nunc pro tunc to 6/4/08, is granted. Enter writ of Habeas Corpus Ad Prosequendum as to Jose Salazar. Enter order for writ of Habeas Corpus Ad Prosequendum for Jose Salazar.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | mm |
|---|---|---|

2008 JUN -6 PM 4: 19

U.S. DISTRICT COURT

FILED-TDE