UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No.  08 CR 455 |
| ) | Hon. Sidney I. Schenkier |
| JOSE BENJAMIN SALAZAR ) | |

O R D E R

On petition of the UNITED STATES OF AMERICA and it appearing to the Court that:

has been and now is, in due process of law, incarcerated in the following institution:

Cook County Sheriff's Department of Corrections, and that a removal affidavit against said defendant has been filed in the Eastern Division of the Northern District of Illinois, based on an arrest warrant issued out of the Eastern District of Tennessee relating to an indictment in the Eastern District of Tennessee charging a violation of Title 18, United States Code, Section 472, and said defendant should appear in the Eastern Division of the Northern District of Illinois on June 4, 2008 at 1:45 p.m. for removal proceedings pursuant to Federal Rule of Criminal Procedure 40 before the Honorable Sidney I. Schenkier, U.S. Magistrate Judge, Courtroom 1700.

IT IS THEREFORE ORDERED that the following persons:

UNITED STATES MARSHAL             WARDEN
                                  Cook County Sheriff's Department
                                  of Corrections
                                  Chicago, Illinois

bring or cause to be brought before this Court, at said time on said date, in the United States Court House in Chicago, Illinois, the body of the said defendant; and that a Writ of Habeas Corpus Ad Prosecuendum, *nunc pro tunc* to June 4, 2008, directed to said persons, so commanding them, be issued by the Clerk of this Court.

E N T E R:

_____
J U D G E

DATED at Chicago, Illinois
this 5th day of June, 2008