**UNITED STATES DISTRICT COURT**
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

**MICHAEL W. DOBBINS,**　　　　　　　　　　　**OFFICE OF THE CLERK**
**CLERK**　　　　　　June 9, 2008

Ms. Patricia L. McNutt
Clerk
United States District Court
130 Howard H. Baker Jr.
 United States Courthouse
800 Market Street
Knoxville, TN 37902-7902



Re: U.S. -v-   Jose Benjamin Salazar

Dear Clerk of Court:

Enclosed please find copies of the following documents in connection with removal proceedings conducted in this District regarding the above named defendant.

| | |
|---|---|
| _X_ Docket Sheet, Case No.: 08 cr 455 | _X_ Order of Removal dated: 6/6/08 |
| ___ Affidavit in Removal | ___ Final Commitment Proceedings |
| _X_ Financial Affidavit | ___ Temporary Commitment |
| _X_ Order appointing counsel | ___ Order setting conditions of release |
| ___ CJA 20 Form | ___ Detention Order |
| _X_ Appearance form | ___ Appearance Bond |
| | _X_ Other(see docket for entries): Minute order dated 6/4/08 Petition for Writ of Habeas Corpus Minute order dated 6/6/08 Order dated 6/5/08 |

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by
Yvette Pearson , Deputy Clerk

**FILED**
JUN 1 6 2008 TC
June 16, 2008
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**