**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   ia L. McNutt

   tates District Court
   ard H. Baker Jr.
   tates Courthouse
   et Street
   TN 37902-7902

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X  A. Brush
☐ Agent
☐ Addressee

B. Received by ( Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

08cr455

Service Type
☐ Certified Mail   ☐ Express Mail
☐ Registered   ☐ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)   7006 0100 0001 7312 0729

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT
219 S. DEARBORN STREET
CHICAGO, ILLINOIS 60604

**RECEIVED**
JUN 1 6 2008   JH
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**FILED**
JUN 1 6 2008   TC
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT